**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 28, 2008

Mr. Vincent E. Nowak
Mullin, Hoard & Brown
500 S. Taylor
Suite 800, P.O. Box 31656
Amarillo, TX 79120-1656

               Re:  Case No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
                    Originating Case No. : 07-00698

Dear Counsel,

   Your appeal has been docketed as case number **08-5371** with the caption that is enclosed on a separate page.  Please check the caption for accuracy and notify the Clerk's office if any corrections should be made.

   At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **April 11, 2008**.

                    Appellant:   Appearance of Counsel
                                 Civil Appeal Statement of Parties & Issues
                                 Transcript Order
                                 Application for Admission to 6th Circuit Bar (if applicable)

                    Appellee:    Appearance of Counsel
                                 Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.   If the initial forms are not timely filed, the appeal will be dismissed for want of prosecution.

   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                                           Sincerely yours,

                                                                     s/Mary Patterson  
                                                                     Case Manager  
                                                                     Direct Dial No. 513-564-7033  
                                                                     Fax No. 513-564-7094

cc:  Mr. Stephen L. Barker

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 08-5371**

KIRK D. JENKINS,

      Plaintiff - Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendant - Appellee