## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 20, 2008

Mr. Stephen L. Barker
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1400
Lexington, KY 40507

Mr. Vincent E. Nowak
Mullin, Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120

Re: Case No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
Originating Case No. : 07-00698

Dear Counsel:

The Sixth Circuit Court of Appeals has modified the traditional appellate briefing schedule to require only **one** copy of each party's brief initially. After the appellant or petitioner has filed the joint appendix, the parties simultaneously resubmit their briefs, having added joint appendix page references to the text.

The briefs and joint appendix must be mailed to the Clerk's office no later than the dates listed below. If the appellant's or petitioner's brief or joint appendix is filed late, the case is at risk of being dismissed for want of prosecution.

| | |
|---|---|
| Appellant or Petitioner Brief | 1 signed original 'proof' brief<br>Mailed by **June 30, 2008** |
| Appellee or Respondent Brief | 1 signed original 'proof' brief<br>Mailed by **August 4, 2008** |
| Appellant or Petitioner Reply Brief<br>(Optional) | 1 signed original 'proof' brief<br>SEE FRAP RULE 31(a)(1) |

| | |
|---|---|
| Joint Appendix | 5 copies<br>Mailed by **August 25, 2008** |
| All Briefs Resubmitted with<br>Joint Appendix Page references | 1 signed original + 6 copies\*\*<br>Mailed by **September 15, 2008**<br>\*\*Optional - Two copies of brief with joint appendix page references in CD-Rom format may also be filed. |

    Checklists with examples and hyperlinks to the Federal Rules of Appellate Procedure, Sixth Circuit Rules and Internal Operating Procedures are available at www.ca6.uscourts.gov.  Briefs and appendices have specific formatting requirements outlined in Rules 28, 30, 31 and 32.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief or appendix.

                          Sincerely yours,

                          s/Patricia J. Elder
                            for Mary Patterson, Case Manager
                        Direct Dial No. 513-564-7034
                        Fax No. 513-564-7094