CASE NO. 08-5371
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

KIRK D. JENKINS                           PLAINTIFF – APPELLANT

VS.

NATIONAL BOARD OF                         DEFENDANT - APPELLEE
MEDICAL EXAMINERS

---

APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

APPEAL FROM THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE
HON. JOHN G. HEYBURN, II, CHIEF JUDGE

---

VINCENT E. NOWAK
MULLIN HOARD & BROWN, LLP
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050 Telephone
806.371.6230 Facsimile

ATTORNEY FOR APPELLANT,
KIRK D. JENKINS

CASE NO. 08-5371
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**KIRK D. JENKINS**  PLAINTIFF – APPELLANT

VS.

**NATIONAL BOARD OF MEDICAL EXAMINERS**  DEFENDANT - APPELLEE

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**To the Honorable Sixth Circuit Court of Appeals:**

Kirk Jenkins, Appellant, files his Motion for Extension of Time to File Reply Brief and respectfully states the following:

Appellees timely served their proof brief by United States mail on August 4, 2008.

Unfortunately, Appellees' proof brief was not received by Appellants' counsel until August 13, 2008.

FRAP 31 entitles Appellant 14 days from the date of service of Appellee's proof brief within which to file a reply brief.

Due to the timing of delivery by the United States Postal Service, Appellant now has less time to file a reply brief than that afforded him by FRAP.

For these reasons, Appellant respectfully requests an extension to August 25, 2008, within which to file his reply brief.

Respectfully submitted,

Vincent E. Nowak, SBOT # 15121550
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050 (Telephone)
806.371.6230 (Facsimile)
Email: venowak@mhba.com

_____s/ Vincent E. Nowak_____.
VINCENT E. NOWAK
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 14th day of August 2008, I conferred with counsel for Appellee, Stephen L. Barker, regarding this Motion for Extension of Time to File Reply Brief. Mr. Barker indicated that the Appellee is not opposed to the relief sought herein.

_____s/ Vincent E. Nowak_____.
VINCENT E. NOWAK
*Attorney for Appellant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served by facsimile transmission in accordance with the Federal Rules of Civil Procedure to the following counsel of record on this 14th day of August, 2008:

**Via Facsimile (859) 231.0851**
Stephen L. Barker
Sturgill, Turner, Barker & Moloney, P.L.L.C.
333 West Vine Street, Suite 1400
Lexington, KY 40507

_____s/ Vincent E. Nowak_____.
VINCENT E. NOWAK
*Attorney for Appellant*