## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  August 15, 2008

Mr. Stephen Louis Barker
Ms. Katherine M. Coleman
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1400
Lexington, KY 40507

Mr. Vincent E. Nowak
Mullin, Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120

          Re:  Case No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
               Originating Case No. : 07-00698

Dear Counsel,

   Appellant's motion for extension of time to file the reply brief has been **granted**.  The briefing schedule for this case has been reset as listed below.

| | |
|---|---|
| Appellant Reply Brief<br>(optional) | 1 signed original 'proof' brief<br>Mailed by  **August 25, 2008** |
| Joint Appendix | 5 copies<br>Mailed by **September 2, 2008** |
| All Briefs Resubmitted with<br>Joint Appendix Page references | 1 signed original + 6 copies\*\*<br>Mailed by **September 23, 2008**<br>\*\*Optional - Two copies of brief with joint appendix page references in CD-Rom format may also be filed. |

   Checklists with examples and hyperlinks to the Federal Rules of Appellate Procedure, Sixth Circuit Rules and Internal Operating Procedures are available at www.ca6.uscourts.gov.  If you

still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief or appendix.

          Sincerely yours,

          s/Mary C. Patterson
          Case Manager
          Direct Dial No. 513-564-7033
          Fax No. 513-564-7094