# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  November 18, 2008

### Notice of Oral Argument at 9:00 a.m. January 14, 2009

Mr. Stephen Louis Barker
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1400
Lexington, KY 40507

Mr. Vincent E. Nowak
Mullin, Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120

Re:  No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*

Dear Counsel,

   Your case is scheduled for oral argument at **9:00 a.m. January 14, 2009** before a three-judge panel of the Sixth Circuit in Cincinnati, Ohio.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

   The enclosed Oral Argument Acknowledgment form must be faxed to the Clerk's office at **(513) 564-7099 by December 2, 2008** or returned by mail using the address on the form.  The Acknowledgment form is also available on the web site.

   If you are appointed under the Criminal Justice Act, specific arrangements for your travel are set forth in the enclosed Travel Authorization.  If you choose to make travel arrangements outside the purview of Omega World Travel, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

   On the day of oral argument, please report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, at the corner of 5th and Main Streets in Cincinnati no later than **30 minutes prior to argument**.  Use the bank of elevators on the Main Street side of the

courthouse. Court will convene promptly. Oral argument is limited to 15 minutes per side, unless expanded by the Court, at the hearing, or by granting a motion by counsel prior to the hearing. You should also be aware that in appropriate cases, the Court may issue a decision from the bench at the conclusion of argument, pursuant to Sixth Circuit Rule 36.

**Continuances of oral argument will not be granted except in highly extraordinary circumstances.** The Sixth Circuit grants oral argument in civil and criminal cases when it has been requested by any counsel. If you originally requested argument but now wish to waive it, please notify the Court by means of a motion to that effect as soon as possible. Bear in mind that the Court may still want to have the case argued; do not assume that just by filing a motion to waive argument you are relieved of the requirement to appear at argument.

        Sincerely yours,

        Teresa Bertke
        Calendar Deputy
        Direct Dial No. 513-564-7000
        Fax No. 513-564-7099
        CA06-Calendar_Deputy@ca6.uscourts.gov

Enclosure

**ORAL ARGUMENT ACKNOWLEDGMENT**

To:  Teresa Bertke, Calendar Deputy
     United States Court of Appeals


Re:  No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
     (To be argued on 9:00 a.m. January 14, 2009)

    I represent (appellant/petitioner) (appellee/respondent)_____
                                (circle one)

    Counsel's Name:_____
                         (please print)


**Fax this form by December 2, 2008 to the Clerk's office at (513) 564-7099.**
(If you are unable to fax this form, you may mail it to the Clerk's Office, 540 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, OH 45202.)

<u>If the following statements apply, please check the appropriate boxes below and complete the remainder of this form.  Otherwise, simply **FAX** this form to the Clerk's office.</u>


[  ] I am appearing for argument only.  A copy of the decision should be served on existing counsel as well as myself.

[  ] I am substituting for the attorney who previously represented this litigant.  Discontinue service on the former attorney.


Firm Name:                   _____
Address:                     _____
                                _____
City/State/Zip Code:   _____
Telephone:               (___)_____
Fax:                           (___)_____
Email:                       _____
Admitted to Sixth Circuit:   _____/_____/_____