# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

LEONARD GREEN
CLERK

TELEPHONE
(513) 564-7000

December 29, 2008

<u>SENT VIA E-MAIL</u>

Stephen Louis Barker, Esq.
Katherine M. Coleman, Esq.
Vincent E. Nowak, Esq.

Re: No. 08-5371  *Kirk D. Jenkins v. Nat'l. Board of Medical Examiners*
To be Argued January 14, 2009

Dear Counsel:

I write at the request of the panel to which the appeal noted above is scheduled to be argued on Wednesday, January 14, 2009.

The panel would like you to provide supplemental briefs addressing the effects on the case of Pub. L. No. 110-325, which amends the Americans with Disabilities Act and overturns *Toyota Motor Manufacturing Kentucky, Inc. v. Williams*, 534 U.S. 184 (2002). The briefs should address whether the amendments to the ADA apply to this case, whether Mr. Jenkins qualifies as disabled under the amended law, and whether remand to the district court is appropriate.

Your supplemental briefs should not exceed ten pages, and are to be filed with this office **not later than the close of business Wednesday, January 7, 2009.** You may e-mail the briefs to Ms. Mary Patterson at mary_patterson@ca6.uscourts.gov or, if you prefer, fax them to her (513) 564-7094.

Thanking you for your attention to this request, I am

Very truly yours,

Leonard Green, Clerk

cc: Members of the Hearing Panel
Ms. Mary Patterson