

**STURGILL, TURNER, BARKER & MOLONEY, PLLC**

ATTORNEYS AT LAW, FOUNDED 1957

| | | |
|---|---|---|
| Stephen L. Barker | Sarah Charles Wright | General Counsel |
| Donald P. Moloney, II | Charles D. Cole | Gardner L. Turner |
| Phillip M. Moloney | Joshua M. Salsburey | |
| Douglas L. McSwain | Andrew D. DeSimone | Of Counsel |
| Kevin G. Henry | J. Peter Cassidy, III | Katherine M. Coleman |
| Ernest H. Jones, II | Holly T. Curry | |
| E. Douglas Stephan | Merrie K. Winfrey | Don S. Sturgill |
| Kevin W. Weaver | G. Thomas Barker | 1928 – 2002 |
| Bryan H. Beauman | Justin M. Schaefer | |
| Edmund J. Benson | Derrick T. Wright | |
| Tammy S. Meade | Jamie L. Wilhite | |

E-mail address:
sbarker@sturgillturner.com

**RECEIVED** JAN 27 2009 LEONARD GREEN, Clerk

January 26, 2009

**FILED** JAN 27 2009 LEONARD GREEN, Clerk

Leonard Green, Clerk
United States Court of Appeals
for the Sixth Circuit
540 Potter Stewart U.S. Courthouse Building
Cincinnati, OH 45202-3988

Re: No. 08-5371, *Kirk D. Jenkins v. National Board of Medical Examiners*
Argued January 14, 2009

Dear Clerk:

Pursuant to Fed. Rule of App. P. 28(j), Appellee National Board of Medical Examiners (NBME) respectfully calls the following supplemental authority to the Court's attention in support of NBME's position, as set forth at pages 5-6 of its Supplemental Brief, that the ADA Amendments Act of 2008 should not be applied retroactively and the law in effect at the time be applied to the above referenced appeal:

- *Equal Employment Opportunity Commission v. Agro Distribution, LLC*, 2009 WL 95259 (5th Cir. Jan. 15, 2009)("Congress recently enacted the ADA Amendments Act of 2008, Pub. L. No. 110-325, 122 Stat. 3553 (2008), but these changes do not apply retroactively.").

- *Supinnski v. United Parcel Service, Inc.*, 2009 WL 113796 (M.D. Pa. Jan. 16, 2009)("… the 2008 ADA Amendments Act establishes its effective date as January 1, 2009, suggesting that the amendments are not applicable here. In this regard, it appears that every court that has addressed the issue has concluded that the 2008 Amendments cannot be applied retroactively to conduct that preceded its effective date." Citation omitted.).

These recent decisions were handed down following oral argument in this matter. NBME would also bring to the Court's attention its prior ruling in *Verhoff v. Time Warner Cable, Inc.*, which addressed application of the ADA Amendments Act of 2008:

Member of

EMPLOYMENT LAW ALLIANCE

333 WEST VINE STREET • SUITE 1400 • LEXINGTON, KENTUCKY 40507
PHONE: 859.255.8581 • FAX: 859.231.0851 • WWW.STURGILLTURNER.COM





STURGILL,
TURNER,
BARKER &
MOLONEY, PLLC

ATTORNEYS AT LAW, FOUNDED 1957

- *Verhoff v. Time Warner Cable, Inc.*, 2008 U.S. App. LEXIS 22488 at *12, 21 Am. Disabilities Cas. (BNA) 409 (6th Cir. Oct 24, 2008)("Congress has recently enacted significant changes to the ADA. ADA Amendments Act of 2008, Pub. L. No. 110-325, 122 Stat. 3553 (2008).... [T]hese changes do not affect our decision today....")

Copies of these decisions are attached.

Very truly yours,

STURGILL TURNER BARKER & MOLONEY, PLLC

/s/ Stephen L. Barker
Stephen L. Barker

SLB/KMC
Enclosures
cc: Ms. Mary Patterson, Case Manager (mary_patterson@ca6.uscourts.gov)
Ms. Nancy Barnes, Case Manager (nancy_barnes@ca6.uscourts.gov)
Ms. Patricia Elder, Case Manager (patricia_elder@ca6.uscourts.gov)
Vincent E. Nowak, Esq. (venowak@mhba.com)

g:\wp61\doc\slb\nbme\appeal\ltr to court suppl auth.doc.docx

Member of



EMPLOYMENT
LAW ALLIANCE