UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 08-5371

_____

Filed: March 05, 2009

KIRK D. JENKINS,

    Plaintiff - Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant – Appellee

MANDATE

Pursuant to the court's disposition that was filed February 11, 2009 the mandate for this case hereby issues today.

COSTS:   NO COSTS

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 05, 2009

Mr. Jeffrey A. Apperson
Western District of Kentucky at Paducah
501 Broadway
Room 127 Federal Building
Paducah, KY 42001

Re:  Case No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
     Originating Case No. : 07-00698

Dear Mr. Apperson,

   Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mary C. Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094

cc:  Mr. Stephen Louis Barker
     Ms. Katherine M. Coleman
     Mr. Vincent E. Nowak

Enclosure